UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ARNOLD FRENCH, III | CIVIL ACTION NO. 15-cv-0055 |
| VERSUS | JUDGE FOOTE |
| CAESARS ENTERTAINMENT OPERATING CO., INC. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed** without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of August, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE